[No. 14922-6-III.    Division Three.    April 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS
SANCHEZ CASTENEDA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 94-1-01704-2, Heather K. Van Nuys, J., entered May 4, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kurtz and Brown, JJ.

[No. 14986-2-III.    Division Three.    April 3, 1997.]

JOHN E. BAUKNECHT, ET AL., *Appellants*, v. THE
STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-01977-0, Harold D. Clarke, J., entered May 30, 1995. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Munson, J. Pro Tem.

[No. 15103-4-III.    Division Three.    April 3, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
ALLEN CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-00637-5, Robert N. Hackett, J., entered August 10, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Thompson and Brown, JJ.

[No. 15662-1-III.    Division Three.    April 3, 1997.]

P. DARLENE MAGNUSON, ET AL., *Appellants*, v.
VELIKANJE, MOORE & SHORE, INC., P.S., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 94-2-02009-8, E. Thompson Reynolds, J. Pro Tem., entered September 21, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.